UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 26-20323-CIV-SMITH

LAZARO ROSADO RODRIGUEZ,

    Petitioner,

v.

KRISTI NOEM, *et al.*,

    Respondents.

_____/

**ORDER TO SHOW CAUSE**

This cause comes before the Court upon review of Petitioner's Verified Petition for Writ of Habeas Corpus [DE 1]. Upon consideration, it is

**ORDERED** that:

1. By January 28, 2026, Respondents shall show cause why the Verified Petition for Writ of Habeas Corpus should not be granted.

2. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of Florida by January 23, 2026, and shall constitute good and sufficient service.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 20th day of January, 2026.

                                          RODNEY SMITH
                                          UNITED STATES DISTRICT JUDGE

cc: counsel or record